## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 27, 2025

Mr. Elliot Slosar
Exoneration Project
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607

Ms. Amy Robinson Staples
Exoneration Project
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607

Re: Case No. 24-6028, *Reuben Adams, et al v. LFUCG, et al*
Originating Case No.: 5:22-cv-00241 : 5:22-cv-00242 : 5:22-cv-00243 : 5:22-cv-00244 : 5:22-cv-00245

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **April 11, 2025**. Further extensions of time are unlikely to be granted

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

cc: Ms. Medrith Lee Norman
    Mr. Jason Patrick Renzelmann